UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>vs.<br><br>FNU LNU, a/k/a<br>   "Anafe,"<br><br>Defendant | Criminal No. 19-cr-10314-NMG |

## GOVERNMENT'S MOTION TO UNSEAL REDACTED INDICTMENT

The United States of America respectfully moves this Court to direct that a redacted version of the Indictment, this motion, and the Court's order on this motion, be unsealed. In support of this motion, the government states that defendant FNU LNU, a/k/a "Anafe" was arrested on August 29, 2019, and there is no further reason to keep the Indictment as to him a secret.

Respectfully submitted,

ANDREW E. LELLING
United States Attorney

By: */s/ Stephen W. Hassink*
Stephen W. Hassink
Assistant U.S. Attorney

Date:  August 29, 2019