UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Criminal No.
19-10314-NMG

UNITED STATES OF AMERICA

v.

FNU LNU a/k/a "Anafe"

**MEMORANDUM AND ORDER OF DETENTION**

September 6, 2019

Hennessy, M.J.

    Defendant FNU LNU a/k/a "Anafe" is charged by Indictment with Conspiracy to Distribute and to Possess with Intent to Distribute 400 grams or more of Fentanyl, in violation of 21 U.S.C. § 846, and with five counts of Distribution of and Possession with Intent to Distribute, 40 grams or more of Fentanyl, and aiding and abetting, in violation of 21 U.S.C. § 841(a)(1) and 18 U.S.C. § 2. This court arraigned Defendant at his initial appearance on August 29, 2019, the date of Defendant's arrest. The Court also provisionally appointed CJA counsel to represent Defendant. The United States moved for detention pursuant to the Bail Reform Act. The matter was continued to September 5, 2019, and then to September 6, 2019 for a detention hearing. In the interim, the Federal Public Defender filed a notice of appearance, and CJA counsel withdrew.

On September 6, 2019, with representation from the Federal Public Defender, Defendant assented to a voluntary order of detention without prejudice to his right to seek release on conditions at a later date.

Accordingly, it is ORDERED that Defendant be DETAINED pending trial, and it is further ORDERED --

(1)     That Defendant be committed to the custody of the Attorney General for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

(2)     That Defendant be afforded a reasonable opportunity for private consultation with counsel; and

(3)     On order of a court of the United States or on request by an attorney for the government, the person in charge of the corrections facility in which Defendant is detained and confined deliver Defendant to an authorized Deputy United States Marshal for the purpose of any appearance in connection with a court proceeding.

This order is without prejudice to Defendant filing a motion at any time seeking a hearing to consider the issue of pre-trial release, regardless whether there have been changed circumstances.

/ s / David H. Hennessy
David H. Hennessy
United States Magistrate Judge