UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| v. | Criminal No. 19-cr-10314-NMG-2 |
| (2) FNU LNU, a/k/a "Anafe," | |
| Defendant | |

### JOINT MOTION TO CONTINUE PRETRIAL CONFERENCE

The parties in the above-captioned matter respectfully request this Court continue the initial pretrial conference currently scheduled for February 26, 2020. As grounds for this motion, the parties state as follows:

1. Plea negotiations are progressing and the parties anticipate reaching a plea agreement in the next six weeks.

2. To allow the government time to approve the plea agreement, and the defense counsel adequate time to consider the agreement, the parties ask that the Court continue the pretrial conference for six weeks.

3. The defendant expects that he will file a motion for a Rule 11 hearing in advance of the continued pretrial conference date.

4. All of the time has been excluded under the Speedy Trial Act from the defendant's arraignment on August 29, 2019 through the date of the pretrial conference scheduled for February 26, 2020. Docket Nos. 13, 24, 29, 33.

5. The parties further request that the Court exclude the time under Speedy Trial Act between February 26, 2020 and the date of the continued pretrial conference, because the

*Motion allowed; pretrial conference is re-scheduled for Wednesday, April 9, 2020, at 3:00 p.m.*

*NMGorton, USDJ 2/25/20*